**THE UNITED STATES DISTRICT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION - DAYTON**

| | | |
|---|---|---|
| **THOMAS SCHUSSLER, M.D.** | : | Case No. 3:22-cv-372-TMR-PBS |
| | : | |
| Plaintiff, | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| v. | : | |
| | : | **ORDER GRANTING PLAINTIFF'S** |
| **GANDI GI, LLC** | : | **UNOPPOSED MOTION TO EXTEND** |
| | : | **THE DEADLINE TO FILE A MOTION** |
| Defendant. | : | **TO REMAND OR OTHERWISE PLEAD** |

Pending before this Court is Plaintiff's Unopposed Motion to Extend the Deadline to File a Motion to Remand or Otherwise Plead. (Doc. #6). Upon review, the Court finds this Motion (Doc. #6) well taken and it is hereby **GRANTED**.

Plaintiff shall have up to and including January 27, 2023 to file his Motion to Remand or otherwise plead.

IT IS SO ORDERED.

Date: January 18, 2023

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge