UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| THOMAS SCHUSSLER, M.D., | : | |
| Plaintiff, | : | Case No. 3:22-cv-372 |
| v. | : | Judge Thomas M. Rose |
| GANDHI GI, LLC, | : | Magistrate Judge Peter B. Silvain, Jr. |
| Defendant. | : | |

## ENTRY AND ORDER DISMISSING THE CASE WITHOUT PREJUDICE

This case is before the Court pursuant to its March 21, 2023, Entry and order Granting, in part, and Denying, in part, Plaintiff's Motion for Dismissal without Prejudice ("Order"). (Doc. No. 14.) The Court's Order required Plaintiff Thomas Schussler ("Plaintiff") to pay Defendant Gandhi GI, LLC's ("Defendant") the removal filing fee of $402 and file proof of payment of the filing fee within 30 days. (*Id*. at PageID 125.)

On April 18, 2023, Plaintiff provided notice that it had complied with the Order's conditions and timely paid Defendant's removal filing fee of $402. (Doc. No. 15.) Therefore, the Court **DISMISSES** this action without prejudice to refiling. The Clerk is directed to terminate this case on the docket.

**DONE** and **ORDERED** in Dayton, Ohio, this Friday, April 28, 2023.

s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE
